# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| L.S, | Case No.: 20-cv-02073-DMS (DEB) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE FACT AND EXPERT DISCOVERY DEADLINES [DKT. NO. 20] AND AMENDED SCHEDULING ORDER** |
| v. | |
| OMNI LA COSTA RESORT & SPA LLC, | |
| Defendant. | |

Before the Court is the parties' Joint Motion to Continue Fact and Expert Discovery Deadlines. Dkt. No. 20. Good cause appearing, the Court GRANTS the Motion. The new Scheduling Order dates are as follows:

| **Event** | **Deadline/Date** |
|---|---|
| Mandatory Settlement Conference | September 1, 2021 at 1:30 p.m. |
| Mandatory Settlement Conference Briefs | August 25, 2021 |
| Fact Discovery Cutoff | August 20, 2021 |
| Expert Witness Designations | May 28, 2021 |
| Supplemental Expert Designations | June 11, 2021 |
| Expert Witness Disclosures | June 25, 2021 |
| Rebuttal Expert Disclosures | July 23, 2021 |
| Expert Discovery Cutoff | August 20, 2021 |
| Pre-trial Motion Filing Cutoff | September 10, 2021 |

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. No. 15.

**IT IS SO ORDERED**.

Dated: April 1, 2021

Honorable Daniel E. Butcher
United States Magistrate Judge